## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| TYRONE CHAMBERS, | : | CIVIL ACTION NO. |
| GDC ID # 707453, | : | 1:12-cv-01807-WSD-SSC |
|     Petitioner, | : | |
| | : | |
|     v. | : | |
| | : | |
| STATE OF GEORGIA, | : | HABEAS CORPUS |
|     Respondent. | : | 28 U.S.C. § 2254 |

### MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

Petitioner initiated this 28 U.S.C. § 2254 habeas corpus action, which the Clerk of Court docketed on May 23, 2012. [Doc. 1]. Because it appears that Petitioner already has pending in this Court a federal habeas petition challenging the conviction or convictions he seeks to challenge here, the Court ordered him on June 13, 2012 "to either (1) file a motion voluntarily to dismiss this action because it is unnecessary in light of his other habeas action, currently pending, or (2) pay the $5.00 filing fee for this action or execute and return a financial affidavit seeking leave to proceed *in forma pauperis*, and execute and return a habeas corpus petition." [Doc. 2]. To date, Petitioner has not responded to that Order.

Accordingly, it is **RECOMMENDED** that this action be **DISMISSED without prejudice** due to Petitioner's failure to obey a lawful order of this Court. See LR 41.3.A.(2), NDGa.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED and DIRECTED** this 13th day of August, 2012.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge

AO 72A
(Rev.8/82)